UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| DIANA LITTLE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 7:19-CV-114-REW-EBA |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| TIFFANY BUTLER, et al., | ) | |
| | ) | |
| Defendants. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the contemporaneously entered Opinion & Order, and pursuant to Federal Rule of Civil Procedure 58, the Court:

1. **ENTERS** Judgment in favor of Defendants;

2. **ENTERS** Judgment against Plaintiff;

3. **DISMISSES** all of Plaintiff's claims **WITH PREJUDICE**; and

4. **STRIKES** this matter from the Court's active docket.

This resolves all claims, is a **FINAL** and **APPEALABLE** Judgment, and there is no just reason for delay.

This the 28th day of May, 2020.

Signed By:
Robert E. Wier   REW
United States District Judge